April-22-204 Cause No. 3-14-00571

To: Court of Criminal Appeals

Yes My Name is Raymon Medina I wish To file A Pro se petition for discretionay review with the court of Criminal Appeals.
Rule 68.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 27 2015

Abel Acosta, Clerk

I need Help to file I Have no lawyer. I Have read The Rule 68 and Subsections, I Do not understand. Please Forgive I do Not Have the Education needed, But Also, The Wheeler State Jail unit My Current Place of Residence Has NO law libary, I do not understand the Texas Rule Book,

I Pray for My Grate State TX To Help Me resove My Isues, Thank you.

Raymon Medina

FILED IN
COURT OF CRIMINAL APPEALS

MAY 01 2015

Abel Acosta, Clerk

RECEIVED
APR 27 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE